IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07CR328-1 |
| | ) | |
| NICHOLAS ANTONIO COOPER | ) | |

ORDER

This matter comes before the Court on Defendant's request for the appointment of counsel to represent him in this matter. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant has demonstrated eligibility for appointment of counsel at Government expense.

IT IS THEREFORE ORDERED that William S. Trivette, Assistant Federal Public Defender, is appointed to represent Defendant in this action.

This, the 23 day of May, 2013.

United States Magistrate Judge